# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

SECURITIES AND EXCHANGE COMMISSION )
_____
*Plaintiff* )
v. )          Case No.   23-cv-08138-RML
SAFEMOON LLC, ET AL. )
_____
*Defendant* )

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U. S. Securities and Exchange Commission                                                                                      .

Date:      11/07/2023                                        /s/ Dean M. Conway
                                                    _____
                                                              *Attorney's signature*

                                                    Dean M. Conway DC Bar No.457433
                                                    _____
                                                         *Printed name and bar number*
                                                              100 F Street, NE
                                                            Washington, DC 20549


                                                    _____
                                                                  *Address*

                                                          ConwayD@sec.gov
                                                    _____
                                                              *E-mail address*

                                                          (202) 551-4412
                                                    _____
                                                            *Telephone number*


                                                    _____
                                                               *FAX number*