## Return of Service

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Securities and Exchange Commission
  Plaintiff

Case Number: 23-8138 RML

vs.

Safemoon LLC, et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Thomas Glenn Smith at 240 Valley Lane, Bethlehem, NH 03574.

I, _Pat Cunningham_ , being duly sworn, depose and say that on the _12th_ day of _December_ , 2023 at or about _8:55_ AM/PM I served Summons & Complaint at 240 Valley Lane, Bethlehem, NH 03574 in the following manner:
[✓] Personal service to Thomas Glenn Smith.

[ ] Substitute service to _____ as co-resident or person found in charge of the residence at 240 Valley Lane, Bethlehem, NH 03574, being of suitable age and discretion to accept service in the absence of Thomas Glenn Smith. Upon information and belief, 240 Valley Lane, Bethlehem, NH 03574 is the usual place of abode for Thomas Glenn Smith. Service was made in this manner in accordance with New York CPLR 308(2). The aforementioned documents were then mailed to Thomas Glenn Smith at the address of service in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against Thomas Glenn Smith.

[ ] Posted service by affixing to the door at 240 Valley Lane, Bethlehem, NH 03574 after having made due diligence efforts to serve Thomas Glenn Smith, in accordance with New York CPLR 308(4). Upon information and belief, 240 Valley Lane, Bethlehem, NH 03574 is the usual place of abode for Thomas Glenn Smith. The aforementioned documents were then mailed to Thomas Glenn Smith at the address of service in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against Thomas Glenn Smith.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am an officer authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Sign Name: _____ 12/12/23

Print Name: Patrick Cunningham    Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2023-117196
Reference: 24-ENF-016