## Return of Service

### UNITED STATES DISTRICT COURT
### Eastern District of New York

Securities and Exchange Commission
   Plaintiff

Case Number: 23-8138 RML

vs.

Safemoon LLC, et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Safemoon LLC, Registered Agent: Curtis H. Wolthuis, at 2100 W Pleasant Grove Blvd, Suite 250, Pleasant Grove, UT 84062.

I, Gavin Rees, being duly sworn, depose and say that on December 9, 2023 at or about 5:29 PM I served Summons and Complaint personally to Curtis Wolthuis as registered agent of Safemoon LLC. Service occurred at 1022 W 2200 N, Pleasant Grove, UT 84062.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  12/18/23
Gavin Rees                Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2023-117464
Reference: 24-ENF-020