# DAVID B. SMITH, PLLC

---

**Nicholas D. Smith**
1123 Broadway, Ste 909
New York, NY 10010
917.902.3869
nds@davidbsmithpllc.com

**David B. Smith**
108 North Alfred Street, 1st FL
Alexandria, VA 22314
703.548.8911 / fax 703.548.8935
dbs@davidbsmithpllc.com

March 5, 2024

**VIA ECF**
The Honorable Robert M. Levy
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

        RE:    *SEC v. Braden J. Karony, et al.*, 1:23-cv-8138-RML

Dear Judge Levy:

      Braden J. Karony, by counsel, submits this letter motion for an extension of time to respond to the Complaint.  ECF 1.  Plaintiff, the Securities and Exchange Commission, does not oppose the relief requested by Karony.

      Karony was served the Complaint on February 13, 2024, a few days after his release from custody in a parallel criminal action in *United States v. Braden J. Karony, et al.*, 23-cr-433-EK.  Undersigned counsel was appointed to represent Karony in the criminal case and has entered a limited appearance here for the purpose of filing this motion.[1]  The summons provided that Karony must serve a response within 21 days of service of the Complaint.  The undersigned promptly contacted SEC counsel and requested an extension of time to respond to the Complaint, so that the response would be due 60 days from service, i.e., April 12, 2024.  Plaintiff's counsel do not object to that relief.

      Accordingly, Karony respectfully requests that the Court extend the period of time in which he must respond to the Complaint to April 12, 2024.

Dated: March 5, 2024                        Respectfully submitted,

                                                      */s/ Nicholas D. Smith*
                                                      Nicholas D. Smith
                                                     1123 Broadway, Suite 909

---

[1] Counsel has been given to understand that the Department of Justice will likely file a motion to stay this civil matter pending resolution of the parallel criminal case.  If no such motion is filed, counsel may be required to seek that relief for Karony to preserve his rights in the criminal case.

The Honorable Robert M. Levy
March 5, 2024
Page 2

                                                  New York, NY 10010
                                                  Phone: (917) 902-3869
                                                  nds@davidbsmithpllc.com

cc: Counsel of record by ECF