# DAVID B. SMITH, PLLC

**Nicholas D. Smith**
1123 Broadway, Ste 909
New York, NY 10010
917.902.3869
nds@davidbsmithpllc.com

**David B. Smith**
108 North Alfred Street, 1st FL
Alexandria, VA 22314
703.548.8911 / fax 703.548.8935
dbs@davidbsmithpllc.com

April 11, 2024

**VIA ECF**
The Honorable Robert M. Levy
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE:     *SEC v. Braden J. Karony*, et al., 1:23-cv-8138-RML

Dear Judge Levy:

Braden J. Karony, by counsel, submits this letter in response to the government's Motion to Intervene and to Stay Civil Proceedings. ECF No. 15. Karony consents to the government's motion to stay this proceeding pending resolution of the parallel criminal case and advised the government of that fact by email on March 6. Should the Motion to Stay Civil Proceedings remain pending past April 12, Karony respectfully requests an extension of time to file any response to the Complaint, so that his deadline would fall seven days after the Court's resolution of the stay motion, in the scenario where that motion is denied.

Dated: April 11, 2024

Respectfully submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

cc: Counsel of record by ECF